450 A.2d 1034

Commonwealth v. Cornish, Appellant.

Submitted November 6, 1981. David R. Eshelman, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Orders affirmed.